UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMES MERCHANDISING
CORPORATION
                       Plaintiff,

        - against -

GROTON INDUSTRIES, INC.,
d/b/a                Defendant.
CHEYENNE INDUSTRIES, INC.

08-cv-1836 (RMB)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Bonnie Bolz Merkt, attorney for Groton Industries, Inc., d/b/a Cheyenne Industries, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | ~~Gregory M. Hopkins~~ FRANK STEWART HEADLEE |
| Firm Name: | Hopkins Law Firm |
| Address: | 1000 West Second Street |
| City/State/Zip: | Little Rock, AR 72201 |
| Phone Number: | (501) 375-1517 |
| Fax Number: | (501) 375-0231 |
| Email Address: | ghopkins@hopkinslawfirm.com |

is admitted to practice pro hac vice as counsel for Groton Industries, Inc., d/b/a Cheyenne Industries, Inc., in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 2/28/08
City, State: New York, New York

                                                        RMB
                                            United States District ~~Magistrate~~ Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/08