UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| AMES MERCHANDISING CORPORATION | | |
| | Plaintiff, | |
| | | 08-cv-1836 (RMB) |
| - against - | | |
| GROTON INDUSTRIES, INC., d/b/a | | **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |
| CHEYENNE INDUSTRIES, INC. | Defendant. | |

Upon the motion of Bonnie Bolz Merkt attorney for Groton Industries, Inc., d/b/a Cheyenne Industries, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Gregory M. Hopkins |
| Firm Name: | Hopkins Law Firm |
| Address: | 1000 West Second Street |
| City/State/Zip: | Little Rock, AR 72201 |
| Phone Number: | (501) 375-1517 |
| Fax Number: | (501) 375-0231 |
| Email Address: | ghopkins@hopkinslawfirm.com |

is admitted to practice pro hac vice as counsel for Groton Industries, Inc., d/b/a Cheyenne Industries, Inc., in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 2/28/08
City, State: New York, New York

RMB
United States District Judge

FOR OFFICE USE ONLY: FEE PAID $         SDNY RECEIPT#
SDNY Form Web 10/2006

NEWYORK 6507309 (2K)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/08