

**MEMO ENDORSED**

JORGE AMINI MENAES PC
New York Professional Corporation

KEVIN FRITZ
Member NY Bar

February 28, 2008

**VIA HAND DELIVERY**

Hon. Richard M. Berman
United States Courthouse
500 Pearl St., Room 650
New York, NY 10007

> Extension Granted.
>
> SO ORDERED:
> Date: 2/29/08  /s/ Richard M. Berman
> Richard M. Berman, U.S.D.J.

Re:   **Ames Merchandising Corp. v. Groton Industries Inc.,
       Case No. 08-1836**

Dear Judge Berman:

We represent Ames Merchandising Corp. ("Ames") in the above-referenced matter against Groton Industries, Inc. ("Groton"). Pursuant to Your Honor's endorsed memo dated February 27, 2008, Ames' opposition to Groton's motion to withdraw the reference is due on March 3, 2008. Ames respectfully requests an extension of time until March 10, 2008 to oppose the motion. Groton consents to this extension and Ames consents to Groton submitting its reply papers on March 24, 2008. There have been no previous requests for extensions.

Respectfully submitted,

/s/ Kevin Fritz

Kevin Fritz

cc:   Gregory Hopkins, Esq. (via facsimile)
      Sarah Campbell, Esq. (via facsimile)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/08

2 Grand Central Tower  New York, New York 10017  Tel: 212.490.4100  Fax: 212.490.4208  E-mail: kfritz@amlegal.com
Washington, DC   Garden City, NY   South River, NJ