Bijan Amini (BA 3533)
Storch Amini & Munves, P.C.
Co-Counsel for Debtors and
Debtors-in-Possession
2 Grand Central Towers
140 E. 45th St., 25th Fl
New York, N.Y. 10022
Tel:    (212) 497-8217
Fax:    (212) 497-8227

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                        :
                                                             :   Chapter 11 Case No.
AMES DEPARTMENT STORES, INC., *et al.*,                      :   01-42217 (REG)
                                                             :
            Debtors.                                         :   Jointly Administered
                                                             :
------------------------------------------------------------x
AMES MERCHANDISING CORPORATION,                              :
                                                             :
            Plaintiff,                                       :   Adversary Proceeding
                                                             :   No.03-8490-reg
      vs.                                                    :
                                                             :
                                                             :   08 Civ. 1836 (RMB)
GROTON INDUSTRIES A/K/A CHEYENNE                             :
INDUSTRIES                                                   :
                                                             :
                                                             :
            Defendant.                                       :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       )ss.:
COUNTY OF NEW YORK     )

Divya Sashti, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in New York, New York.

On March 7, 2008, deponent served a true and correct copy of the within **DECLARATION OF KEVIN FRITZ IN OPPOSITION TO DEFENDANT'S MOTION TO WITHDRAW THE REFERENCE TO THE BANKRUPTCY COURT and MEMORANDUM OF LAW** upon:

Stewart Headlee, Esq.
Hopkins & Allison
1000 West Second Street
Little Rock, AK  72201

by placing same in a Federal Express envelope addressed to the above recipient to be picked up by a licensed Federal Express employee and mailed by the Federal Express overnight courier service to the recipient.

_____
Divya Sashti

Sworn to before me this
____ day of March, 2008

_____
Notary Public

KEVIN FRITZ
Notary Public, State of New York
No. 02FR6139281
Qualified in New York County
Commission Expires on January 3, 2010