Bijan Amini (BA 3533)
Storch Amini & Munves, P.C.
Co-Counsel for Debtors and
Debtors-in-Possession
2 Grand Central Towers
140 E. 45th St., 25th Fl
New York, N.Y. 10022
Tel:   (212) 497-8217
Fax:  (212) 497-8227

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                          :
                                                               :    Chapter 11 Case No.
AMES DEPARTMENT STORES, INC., *et al.*,  :    01-42217 (REG)
                                                               :
                          Debtors.                     :    Jointly Administered
                                                               :
-----------------------------------------------------------------x
AMES MERCHANDISING CORPORATION,  :
                                                               :    Adversary Proceeding
                          Plaintiff,                     :    No.03-8490-reg
                                                               :
            vs.                                           :
                                                               :
                                                               :    08 Civ. 1836 (RMB)
                                                               :
GROTON INDUSTRIES A/K/A CHEYENNE  :
INDUSTRIES                                         :
                                                               :
                                                               :
                          Defendant.                 :
-----------------------------------------------------------------x

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           )ss.:
COUNTY OF NEW YORK    )

    Donald Brown, being duly sworn, deposes and says:

    Deponent is not a party to the action, is over 18 years of age and resides in Queens, New York.

On March 7, 2008, deponent served a true and correct copy of the within **DECLARATION OF KEVIN FRITZ IN OPPOSITION TO DEFENDANT'S MOTION TO WITHDRAW THE REFERENCE TO THE BANKRUPTCY COURT and MEMORANDUM OF LAW** upon:

Bonnie Boltz, Esq.
White & Case
1155 Avenue of the Americas
New York, New York  10036

by hand delivering same to this address.

                                                _____
                                                    Donald Brown

Sworn to before me this
14 day of March, 2008

_____
Notary Public

KEVIN FRITZ
Notary Public, State of New York
No. 02FR6139281
Qualified in New York County
Commission Expires on January 3, 2010